ACCEPTED
01-15-00464-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 3:47:04 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00464-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 3:47:04 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIRST COURT OF APPEALS DISTRICT OF TEXAS, HOUSTON, TEXAS

### ANDREW PATTERSON,
Appellant

### VS.

### TRANSCONTINENTAL INSURANCE COMPANY,
Appellee

### ON APPEAL FROM THE 129TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
### CAUSE NO. 2013-01531

## NOTICE OF LEAD APPELLATE COUNSEL FOR APPELLEE

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE FIRST COURT OF APPEALS DISTRICT OF TEXAS, HOUSTON, TEXAS:

NOW COMES TRANSCONTINENTAL INSURANCE COMPANY ("TRANSCONTINENTAL"), Appellee in this cause, and notifies this Honorable Court and all parties hereto that Vaughan E. Waters of the firm of Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C., 100 N.E. Loop 410, Suite 500, San Antonio, Texas 78216 is hereby designated as lead appellate counsel for TRANSCONTINENTAL in this matter; and all correspondence and pleadings should

1

be directed to the undersigned.

Respectfully submitted,

THORNTON, BIECHLIN, SEGRATO,
   REYNOLDS & GUERRA, L.C.
Fifth Floor - One International Centre
100 N.E. Loop 410
San Antonio, Texas 78216-4741
Telephone: (210) 342-5555
Facsimile: (210) 525-0666
vwaters@thorntonfirm.com


BY s/Vaughan E. Waters
    Vaughan E. Waters
    State Bar No. 20916700
    Dana Gannon
    State Bar No. 07623800
    Attorneys for Respondent


## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been forwarded to the undersigned party on the 2nd day of June, 2015:

*Via Certified Mail, Return Receipt Requested* #7014 0510 0000 1309 8098
Mr. Andrew Patterson
6207 Fondren Rd.
Houston, TX 77036
*Pro se Appellant*


s/Vaughan E. Waters
Vaughan E. Waters